UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY COX,

                    Plaintiff,

-against-

SKULL AND BONES FRATERNITY.,

                    Defendant.

25 CIVIL 10658 (LTS)

## CIVIL JUDGMENT

For the reasons stated in the April 1, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   April 3, 2026

       New York, New York

                                /s/ Laura Taylor Swain
                                LAURA TAYLOR SWAIN
                      Chief United States District Judge